UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MAY SIBAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN DIRECTIONS CORE LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02279-JST<br><br>**ORDER TO FILE NOTICE OF SETTLEMENT** |

　　On October 26, 2015, the parties participated in a mediation session that resolved in settlement. Within seven days of the date of this order, the parties shall file either a notice of settlement or a statement informing the Court that the case has not settled. If the parties file a notice of settlement, the Court will then set a deadline to file a stipulation of dismissal.

　　IT IS SO ORDERED.

Dated: November 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge