UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE MAY SIBAL,

    Plaintiff,

v.

AMERICAN DIRECTIONS CORE LLC, et al.,

    Defendants.

Case No. 15-cv-02279-JST

**ORDER VACATING HEARING**

Re: ECF No. 25

Before the Court is the parties' Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice. ECF No. 25. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 14, 2016, is hereby VACATED.

IT IS SO ORDERED.

Dated: January 4, 2016

                          JON S. TIGAR
                          United States District Judge